IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00207-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     TYRONE PARKER,

       Defendant.

## ORDER

THIS MATTER comes before the Court on the Government's response **(#16)** to the Defendant's suppression motion **(#14)**. In accordance with the minutes **(#12)** of the hearing held June 13, 2008,

**IT IS ORDERED** that on or before **August 15, 2008**, the parties shall jointly advise the Court, in a written document filed with the Court, as to the anticipated length of time needed for an evidentiary hearing on the suppression motion.

Dated this 11th day of August, 2008

                                            **BY THE COURT:**

                                            Marcia S. Krieger
                                            United States District Judge