IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00207-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TYRONE PARKER,

    Defendant.

---

**ORDER SETTING DATE FOR RESPONSE TO MOTION**

---

THIS MATTER comes before the Court on the Motion to Continue Trial in the Interests of Justice (Motion) filed September 4, 2008, **(#32)** by the Defendant. The Motion contains no agreement between the parties, therefore, in order to provide adequate opportunity for response and for prompt determination,

**IT IS HEREBY ORDERED** that any response or objection to the Motion shall be filed with the Court no later than **September 15, 2008.** Objections and requests for hearing shall clearly specify the grounds upon which they are based, including citation of supporting legal authority, if any. In the absence of a timely objection, the Court may grant the above-described Motion.

DATED this 5th day of September, 2008.

                                  **BY THE COURT:**

                                  *Marcia S. Krieger*
                                  _____

Marcia S. Krieger
United States District Judge